# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 14, 2021

Lyle W. Cayce
Clerk

No. 19-30019

Larce Spikes,

*Plaintiff—Appellee*,

*versus*

Casey McVea, Doctor; Lesley Wheat, Nurse; Paula Stringer, Nurse; Wendy Seal, Nurse; R. Bowman, Nurse,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:17-CV-8164

Before Higginbotham, Smith, and Dennis, *Circuit Judges*.
Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing,[1] the petition for panel rehearing is GRANTED. In this suit under the Eighth Amendment against Dr. McVea and prison nurses working at his direction, the recent death of the doctor[2] makes it all the more important that

---

[1] 5th Cir. R. 35 I.O.P.

[2] The Suggestion of Death was filed with this Court on August 20, 2021, after the filing of the panel opinion.

the inquiry of qualified immunity not rest on the collective action of the medical staff, but on the role of each participant.[3] Accordingly, we GRANT the petition for rehearing, VACATE the judgment below, and REMAND this case to the district court for further proceedings.

---

[3] *See Taylor v. Riojas*, 141 S. Ct. 52, 54 (2020); *Dyer v. Houston*, 964 F.3d 374, 382 n.6 (5th Cir. 2020) (noting that, for qualified immunity, the Court must assess each officer's individual conduct).